COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:  01-19-00280-CV

Style:  Ronald Joseph v. Britini Jeavon Jack

Date motion filed[*]: August 12, 2019

Type of motion: Motion for Extension of Time to File Appellant's Brief

Party filing motion: Appellant Ronald Joseph

Document to be filed: Appellant's Brief

Is appeal accelerated?  No.

If motion to extend time:

  Original due date:  August 12, 2019

  Number of extensions granted:  0  Current Due Date: August 12, 2019

  Date Requested:  September 9, 2019

Ordered that motion is:

  ☒ Granted

    If document is to be filed, document due: September 9, 2019.

  ☐ Denied (motion to abate)

  ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

  ☒ Other: _Appellant's motion for extension of time to file brief is filed is **granted**. *See* TEX. R. APP. P. 38.6(d). Appellant is directed to make payment arrangements with the court reporter, Tish Taffolla, **within five days** of the date of this Order, if not done so already, the supplemental reporter's record is due to be filed **within ten days** of the date of this Order, and appellant's brief is due to be filed **by September 9, 2019**._

Judge's signature: ___/s/ Evelyn V. Keyes_____

    ☑ Acting individually  ☐ Acting for the Court

Date: __August 20, 2019___